In the Matter of the Judicial Settlement of the Account of EMILY A. SMITH, as Trustee under the Last Will and Testament of EDMUND A. SMITH, Deceased.

(Submitted June 20, 1893; decided October 3, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made April 14, 1893, which affirmed an order of the Surrogate's Court of the county of New York making the executor of Elsie S. Murphy, deceased, a party to this proceeding and appointing a special guardian for her infant daughter.

*Charles Donohue* and *William A. Boyd* for appellant.

*Frank D. Sturges* for respondent.

*Eugene H. Pomeroy,* guardian *ad litem,* for infant respondent.

Agree to dismiss appeal, with costs against trustee personally; no opinion.

All concur.

Appeal dismissed.

FRANCIS A. H. BERGMANN et al., Respondents, *v.* HAMILTON H. SALMON et al., Appellants.

(Argued June 20, 1893; decided October 3, 1893.)

APPEAL from order of General Term of the Supreme Court in the first judicial department, made May 15, 1893, which modified and affirmed as modified an order of Special Term bringing into the above-entitled action certain parties defendant, permitting a former injunction to stand and continuing the same against said parties defendant.

*Edward W. S. Johnston* for appellants.

*Lloyd McK. Garrison* for respondents.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed.